```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     TEXARKANA DIVISION
```

NATVERLAL PATEL, JASWANTI PATEL                          PLAINTIFFS

      v.        Civil No. 08-04048

VIKRAN TRIVEDI                                            DEFENDANT

### ORDER

NOW on this 22nd day of December 2008, comes on for consideration Plaintiff's **Motion for Voluntary Dismissal Without Prejudice** (document #10).  The Court, being well and sufficiently advised, finds that the motion should be, and it hereby is, **granted** and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs' complaint is dismissed with respect to all claims against Defendant.

    **IT IS SO ORDERED.**

                                  **/s/ Jimm Larry Hendren**
                                  **JIMM LARRY HENDREN**
                                  **UNITED STATES DISTRICT JUDGE**